FILING FEE PAID?      IFP Received?      IFP Amount:  $5.00

YES  ☒              YES  ☐

NO    ☐               NO   ☒         Magistrate Judge:  Gary M. Purcell

# CIV-21-197-F

## Ledbetter v.  Lt. Thompson et al

**Christopher Steven Ledbetter is a defendant in 1 case.**

5:20-cr-00168-G-1   Christopher Steven Ledbetter   filed 06/23/20   closed 12/17/20