# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEDBETTER, | ) |
| Petitioner, | ) ) ) |
| -vs- | ) ) Case No. CIV-21-0197-F |
| LT. THOMPSON, et al., | ) ) ) |
| Respondents. | ) |

## ORDER

Petitioner Christopher Ledbetter is a federal prisoner appearing *pro* se, whose pleadings are liberally construed. His petition purports to seek relief under 28 U.S.C. § 2241.

The magistrate judge filed a Report and Recommendation (the Report, doc. no. 5) on March 22, 2021, recommending this action be dismissed without prejudice. The Report states that § 2241 is not the appropriate vehicle for attacking an underlying criminal conviction, and that, as a result, this court does not have jurisdiction to provide the relief petitioner seeks.

The Report advised petitioner that any objection to the Report must be filed by April 12, 2021. The Report also advised that failure to make timely objection waives appellate review of the recommended ruling addressed in the Report. No objection to the Report has been filed, and no request has been made for an extension of time within which to object or otherwise respond to the Report.

Having reviewed the Report, and with no objection having been filed, the court concurs in the recommended ruling as stated in the Report. Accordingly, the

Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  As recommended in the Report, this action is **DISMISSED** without prejudice.

  IT IS SO ORDERED this 27th day of April, 2021.

_____

STEPHEN P. FRIOT

UNITED STATES DISTRICT JUDGE

21-0197p001.docx